*iel Burke* for petitioner. *Messrs. Charles R. Scott* and *Charles P. Dickinson* for respondent.

No. 848. STEWART ET AL. *v.* UNITED STATES. February 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. J. M. Mannon, Jr., A. Crawford Greene,* and *Robert L. Lipman* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Oscar A. Provost, H. G. Ingraham,* and *Philip Buettner* for the United States.

No. 830. SEMINOLE NATION *v.* UNITED STATES. February 16, 1942. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Paul M. Niebell, C. Maurice Weidemeyer,* and *W. W. Pryor* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Littell* for the United States.

No. 837. BETTS *v.* BRADY, WARDEN. February 16, 1942. Petition for writ of certiorari to Carroll T. Bond, a Judge of the State of Maryland, being a judge of the Court of Appeals of Maryland from the City of Baltimore, granted. Counsel are requested on the argument of this case to discuss the jurisdiction of this Court, particularly (1) whether the decision below is that of a court within the meaning of § 237 of the Judicial Code, and (2) whether state remedies, either by appeal or by application to other judges or any other state court, have been exhausted. *Messrs. William L. Marbury, Jr.* and *Jesse Slingluff, Jr.* for petitioner. *Mr. William C. Walsh,* Attorney General of Maryland, for respondent.

No. 939. OVERNIGHT MOTOR TRANSPORTATION Co., INC. *v.* MISSEL. February 16, 1942. Petition for writ